**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**Index No.**

**v.**                                                    **Case No.:  13-CR-406 (MAD)**

**STACIE DEMERS, et al,**

**Defendants.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**NOTICE OF LIS PENDENS**</u>

**NOTICE IS HEREBY GIVEN** that commencement and pendency of the above-captioned criminal action, brought by the United States by its attorney, Richard S. Hartunian, United States Attorney, for the Northern District of New York, and Gwendolyn E. Carroll, Assistant United States Attorney, against the above named defendants by an Indictment seeking forfeiture to the United States of real property listed herein pursuant to 18 U.S.C. § 853.

The current record title holders for the real property are:

**STACIE DEMERS AND CRAIG DEMERS**

The land and premises to be affected by this suit is commonly known as **895 County Route 40,** *in the Town of Constable, New York, Tax Map ID: 9.-1-1* **and is more** fully set forth in "Schedule A", attached hereto and made a part hereof.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Northern District of New York.

Dated:                                        RICHARD S. HARTUNIAN
                                              United States Attorney
                                              Northern District of New York
                                              218 James T. Foley Courthouse
                                              445 Broadway
                                              Albany, New York 12207
                                              Tele. (315) 448-0672


                        By:      s/ Gwendolyn E. Carroll
                                              Gwendolyn E. Carroll
                                              Assistant U. S. Attorney
                                              Bar Roll No. 515777

**TO THE FRANKLIN COUNTY CLERK:**

You are hereby directed to index the attached Notice of Pendency against:

**STACIE DEMERS AND CRAIG DEMERS**

RICHARD S. HARTUNIAN
United States Attorney
Northern District of New York
218 James T. Foley Courthouse
445 Broadway
Albany, New York 12207
Tele. (315) 448-0672

By:     */ Gwendolyn E. Carroll*
Gwendolyn E. Carroll
Assistant U. S. Attorney
Bar Roll No. 515777

## SCHEDULE A

### *895 County Route 40, in the Town of Constable, New York, Tax Map ID: 9.-1-1*

**ALL THAT TRACT OR PARCEL OF LAND** in the Town of Constable, Franklin County, State of New York COMMENCING in the center of the East-West highway at the intersection thereof with the Westerly side of a bridge across a brook:  running thence westerly along the center of said highway 232 feet to a point in the middle of said highway:  running thence northerly in a line which will be 20 feet easterly from the east  wall of a henhouse on the said premises and parallel thereto and which said line is practically perpendicular to the center line of said highway 180 feet to a point:  running thence easterly at right angles to a point which will be 200 feet northerly of the place of beginning:  running thence southerly 200 feet to the point or place of beginning, containing all the lands within said bounds be the same more or less.

Further conveying all of the grantor's right, title and interest in and to certain water, pumping and pipe line rights described in a deed from

**BEING** the same premises conveyed to Craig and Stacie Demers by deed on March 30, 1988 and recorded on November 4, 1991, in the Franklin County Clerk's Office in Book 565 of Deeds at Page 331.

Tax Map I.D. # 9.-1-1