IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,
                        **Plaintiff,**

                                                              **Index No.**
     v.                                                **Case No.:  13-CR-406 (MAD)**

**LEE SMITH, et al,**
                        **Defendants.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**NOTICE OF LIS PENDENS**</u>

     **NOTICE IS HEREBY GIVEN** that commencement and pendency of the above-captioned criminal action, brought by the United States by its attorney, Richard S. Hartunian, United States Attorney, for the Northern District of New York, and Gwendolyn E. Carroll, Assistant United States Attorney, against the above named defendants by an Indictment seeking forfeiture to the United States of real property listed herein pursuant to 18 U.S.C. § 853.

     The current record title holders for the real property are:

                      **LEE SMITH AND ELAINE SMITH**

     The land and premises to be affected by this suit is commonly known as ***863 County Route 40, in the Town of Westville, New York, Tax Map ID: 9.-2-5*** and is more fully set forth in "Schedule A", attached hereto and made a part hereof.

      For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Northern District of New York.

Dated:                                        RICHARD S. HARTUNIAN
United States Attorney
Northern District of New York
218 James T. Foley Courthouse
445 Broadway
Albany, New York 12207
Tele. (315) 448-0672

                                        By:    *s/ Gwendolyn E. Carroll*
                                                Gwendolyn E. Carroll
Assistant U. S. Attorney
Bar Roll No. 515777

**TO THE FRANKLIN COUNTY CLERK:**

You are hereby directed to index the attached Notice of Pendency against:

**LEE SMITH AND ELAINE SMITH**

                RICHARD S. HARTUNIAN
                United States Attorney
                Northern District of New York
                218 James T. Foley Courthouse
                445 Broadway
                Albany, New York 12207
                Tele. (315) 448-0671

By:    *s/ Gwendolyn E. Carroll*
        Gwendolyn E. Carroll
        Assistant U. S. Attorney
        Bar Roll No. 515777

## SCHEDULE A

*<u>863 County Route 40, in the Town of Westville, New York, Tax Map ID: 9.-2-5</u>*

**ALL THAT TRACT, PIECE OR PARCEL OF LAND,** situate in the town of WESTVILLE, county of Franklin, and State of New York and described as follows:

WESTVILLE, TOWN OF
Macomb's Purchase
Great Tract#1
Twp. #3
Smith, Lee & Elaine
Lot No. 12
Sulphur Springs Road
120,
41.00A.,
Bounded N. by Canada
E. by Constable Line
S. by Sulphur Springs Road
W. by McGibbon

Tax Map I.D.# 9.-2-5

**BEING** the same premises conveyed to Lee and Elaine Smith, by deed from Franklin County, State of New York, a Municipal Corporation, dated March 11, 1988 and recorded on November 1, 1988, in the Franklin County Clerk's Office in Book 538 of Deeds at page 740.