## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA,**
                                        **Plaintiff,**

                                                                **Index No.**
             v.                                                 **Case No.:  13-CR-406 (MAD)**


**LEE SMITH, et al,**
                                        **Defendants.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF LIS PENDENS

**NOTICE IS HEREBY GIVEN** that commencement and pendency of the above-caption criminal action, brought by the United States by its attorney, Richard S. Hartunian, United States Attorney, for the Northern District of New York, and Gwendolyn E. Carroll, Assistant United States Attorney, against the above named defendants by an Indictment seeking forfeiture to the United States of real property listed herein pursuant to 18 U.S.C. § 853.

The current record title holders for the real property are:

### LEE SMITH AND ELAINE SMITH

The land and premises to be affected by this suit is commonly known as *893 County Route 40, in the Town of Constable, New York, Tax Map ID: 9.-1-10*  and is more fully set forth in "Schedule A", attached hereto and made a part hereof.

For further information concerning this action, reference may be made to the records of

the Clerk of the Court for the United States District Court for the Northern District of New York.

Dated:        December 19, 2013                    RICHARD S. HARTUNIAN
                                                   United States Attorney
                                                   Northern District of New York
                                                   218 James T. Foley Courthouse
                                                   445 Broadway
                                                   Albany, New York 12207
                                                   Tele. (315) 448-0672

                                    By:        *s/ Gwendolyn E. Carroll*
                                                   Gwendolyn E. Carroll
                                                   Assistant U. S. Attorney
                                                   Bar Roll No. 515777

**TO THE FRANKLIN COUNTY CLERK:**

You are hereby directed to index the attached Notice of Pendency against:

**LEE SMITH AND ELAINE SMITH**

RICHARD S. HARTUNIAN
United States Attorney
Northern District of New York
218 James T. Foley Courthouse
445 Broadway
Albany, New York 12207
Tele. (315) 448-0672

By:    *s/ Gwendolyn E. Carroll*
       Gwendolyn E. Carroll
       Assistant U. S. Attorney
       Bar Roll No. 515777

## SCHEDULE A

### *893 County Route 40, in the Town of Constable, New York, Tax Map ID: 9.-1-10*

**ALL THAT TRACT, PIECE OR PARCEL OF LAND,** situate in the town of CONSTABLE            , county of Franklin, and State of New York and described as follows:

CONSTABLE, TOWN OF
Macomb's Purchase
Great Tract#1
Twp. #3
Smith, Lee & Elaine
Lot No. 2
Sulphur Spring Road
110,
57.00A.,
Bounded N. by Canadian Line
E. by Hughes
S. by McGibbon
W. by Town Line

Tax Map I.D.# 9.-1-10

**BEING** the same premises conveyed to Lee and Elaine Smith, by deed from Franklin County, State of New York, a Municipal Corporation, dated March 11, 1988 and recorded on November 1, 1988, in the Franklin County Clerk's Office in Book 538 of Deeds at page 744.