IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**UNITED STATES OF AMERICA,**
       **Plaintiff,**

                **Index No.**
 v.              **Case No.:  13-CR-406 (MAD)**


**LEE SMITH, et al,**
       **Defendants.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF LIS PENDENS

**NOTICE IS HEREBY GIVEN** that commencement and pendency of the above-captioned criminal action, brought by the United States by its attorney, Richard S. Hartunian, United States Attorney, for the Northern District of New York, and Gwendolyn E. Carroll, Assistant United States Attorney, against the above named defendants by an Indictment seeking forfeiture to the United States of real property listed herein pursuant to 18 U.S.C. § 853.

The current record title holders for the real property are:

**LEE SMITH AND ELAINE SMITH**

The land and premises to be affected by this suit is commonly known as *County Route 40, in the Town of Westville, New York, Tax Map ID: 9.-2-6* and is more fully set forth in "Schedule A", attached hereto and made a part hereof.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Northern District of New York.

Dated:	December 19, 2013				RICHARD S. HARTUNIAN
							United States Attorney
							Northern District of New York
							218 James T. Foley Courthouse
							445 Broadway
							Albany, New York 12207
							Tele. (315) 448-0672

						By:	s/ Gwendolyn E. Carroll
							Gwendolyn E. Carroll
							Assistant U. S. Attorney
							Bar Roll No. 515777

**TO THE FRANKLIN COUNTY CLERK:**

You are hereby directed to index the attached Notice of Pendency against:

**LEE SMITH AND ELAINE SMITH**

                            RICHARD S. HARTUNIAN
                            United States Attorney
                            Northern District of New York
                            218 James T. Foley Courthouse
                            445 Broadway
                            Albany, New York 12207
                            Tele. (315) 448-0672

By:   *s/ Gwendolyn E. Carroll*
           Gwendolyn E. Carroll
           Assistant U. S. Attorney
           Bar Roll No. 515777

# SCHEDULE A

### *County Route 40, in the Town of Westville, New York, Tax Map ID: 9.-2-6*

**ALL THAT TRACT, PIECE OR PARCEL OF LAND,** situate in the town of WESTVILLE, county of Franklin, and State of New York and described as follows:

WESTVILLE, TOWN OF
Macomb's Purchase
Great Tract#1
Twp. #3
Smith, Lee & Elaine
Lot No. 11
Sulphur Springs Road
120,
20.00A.,
Bounded N. by Sulphur Springs Road
E. by Constable Line
S. by Ramond
W. by McGibbon

Tax Map I.D.# 9.-2-6

**BEING** the same premises conveyed to Lee and Elaine Smith, by deed from Franklin County, State of New York, a Municipal Corporation, dated March 11, 1988 and recorded on November 1, 1988, in the Franklin County Clerk's Office in Book 538 of Deeds at page 748.