IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*****************************************
UNITED STATES OF AMERICA,
                            Plaintiff,

                                                                                 Index No.
        v.                                                             Case No.:  13-CR-406 (MAD)


LEE SMITH, et al,
                            Defendants.
*****************************************

<u>NOTICE OF LIS PENDENS</u>

**NOTICE IS HEREBY GIVEN** that commencement and pendency of the above-captioned criminal action, brought by the United States by its attorney, Richard S. Hartunian, United States Attorney, for the Northern District of New York, and Gwendolyn E. Carroll, Assistant United States Attorney, against the above named defendants by an Indictment seeking forfeiture to the United States of real property listed herein pursuant to 18 U.S.C. § 853.

The current record title holders for the real property are:

**LEE SMITH AND ELAINE SMITH**

The land and premises to be affected by this suit is commonly known as ***Sulphur Spring Road, in the Town of Constable, New York, Tax Map ID: 9.-1-2*** and is more fully set forth in "Schedule A", attached hereto and made a part hereof.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Northern District of New York.

Dated:                                     RICHARD S. HARTUNIAN
                                           United States Attorney
                                           Northern District of New York
                                           218 James T. Foley Courthouse
                                           445 Broadway
                                           Albany, New York 12207
                                           Tele. (315) 448-0672

                           By:    *s/ Gwendolyn E. Carroll*
                                           Gwendolyn E. Carroll
                                           Assistant U. S. Attorney
                                           Bar Roll No. 515777

**TO THE FRANKLIN COUNTY CLERK:**

You are hereby directed to index the attached Notice of Pendency against:

**LEE SMITH AND ELAINE SMITH**

                RICHARD S. HARTUNIAN
                United States Attorney
                Northern District of New York
                218 James T. Foley Courthouse
                445 Broadway
                Albany, New York 12207
                Tele. (315) 448-0672

By:   *s/ Gwendolyn E. Carroll*
       Gwendolyn E. Carroll
       Assistant U. S. Attorney
       Bar Roll No. 515777

## SCHEDULE A

*Sulphur Spring Road, in the Town of Constable, New York, Tax Map ID: 9.-1-2*

**ALL THAT TRACT, PIECE OR PARCEL OF LAND,** situate in the town of CONSTABLE, county of Franklin, and State of New York and described as follows:

CONSTABLE, TOWN OF
Macomb's Purchase
Great Tract#1
Twp. #3
Smith, Lee & Elaine
Lot No. 2
Sulphur Spring Road
110,
70.00A.,
Bounded N. by Canadian Line
E. by Armstrong
S. by Armstrong
W. by McGibbon

Tax Map I.D.# 9.-1-2

**BEING** the same premises conveyed to Lee and Elaine Smith, by deed from Franklin County, State of New York, a Municipal Corporation, dated March 11, 1988 and recorded on November 1, 1988, in the Franklin County Clerk's Office in Book 538 of Deeds at page 742.